IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| P S PRODUCTS, INC. and BILLY PENNINGTON, | * * * |
| Plaintiffs, | * * |
| vs. | * No. 4:12CV00536 SWW * |
| SDC SELF DEFENSE CORPORATION, | * * |
| Defendant. | * |

**Order**

Before the Court is plaintiffs' motion for voluntary dismissal of their complaint pursuant to Fed.R.Civ.P. 41(a). The motion [docket entry 3] is granted. Plaintiffs' complaint is dismissed without prejudice.

DATED this 7th day of February, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT COURT