IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| P S PRODUCTS, INC. and BILLY PENNINGTON, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No.  4:12CV00536 SWW |
| SDC SELF DEFENSE CORPORATION, | * * | |
| Defendant. | * | |

**Order**

Before the Court is plaintiffs' motion for voluntary dismissal of their complaint pursuant to Fed.R.Civ.P. 41(a).  The motion [docket entry 3] is granted.  Plaintiffs' complaint is dismissed without prejudice.

DATED this 7th day of February, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT COURT